No. 87–621. CALIFORNIA ARCHITECTURAL BUILDING PRODUCTS, INC., ET AL. *v.* FRANCISCAN CERAMICS, INC., ET AL.; and
No. 87–721. FRANCISCAN CERAMICS, INC., ET AL. *v.* CALIFORNIA ARCHITECTURAL BUILDING PRODUCTS, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 87–646. BLONDIN ET AL. *v.* WINNER, JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO. C. A. 10th Cir. Certiorari denied.

No. 87–662. COOPER *v.* WILLIAMSON COUNTY BOARD OF EDUCATION ET AL. C. A. 6th Cir. Certiorari denied.

No. 87–677. CASAZZA ET AL. *v.* HOLBROOK. Sup. Ct. Conn. Certiorari denied.

No. 87–681. RAWSON *v.* SEARS, ROEBUCK & CO. C. A. 10th Cir. Certiorari denied.

No. 87–686. SCHLENGER *v.* SCHLENGER, AKA PETRICEK, INDIVIDUALLY AND AS TRUSTEE OF THE UNITED WOOL PIECE DYEING & FINISHING COMPANY PENSION TRUST, ET AL. C. A. 3d Cir. Certiorari denied.

No. 87–689. UNITED TRANSPORTATION UNION *v.* NORFOLK & WESTERN RAILWAY CO. ET AL. C. A. D. C. Cir. Certiorari denied.

No. 87–694. POITIER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 87–696. SOCIETY ORDO TEMPLI ORIENTIS IN AMERICA ET AL. *v.* MCMURTRY ET AL. C. A. 9th Cir. Certiorari denied.

No. 87–701. BRADY *v.* PETTIT, MAYOR, LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT, ET AL. Ct. App. Ky. Certiorari denied.

No. 87–704. MASSACHUSETTS MUTUAL LIFE INSURANCE CO. *v.* LITMAN. C. A. 11th Cir. Certiorari denied.